IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 04-0155
 ((((((((((((((((

 Gte Mobilnet Of South Texas Limited Partnership D/B/A Verizon Wireless,

 v.

 CELLULAR MAX, INCORPORATED

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The motion to continue stay proceedings, being treated as a
motion to continue abatement, filed on October 26, 2004, is granted, and
the ABATEMENT is extended until March 1, 2005 to allow the parties to
proceed with settlement negotiations.
 2. This case is removed from the Court's active docket until March
1, 2004, by which time the parties must file either a status report or a
motion to dismiss. The parties shall immediately notify this Court about
any changes in status in the settlement proceedings.

 Done at the City of Austin, this 5th day of November, 2004.

 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk